IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                                                              CRIMINAL 12-0393CCC

RUBEN VAZQUEZ-VIUST
Defendant

**ORDER**

Having considered the Report and Recommendation filed on October 30, 2012 (**docket entry 38**) on a Rule 11 proceeding of defendant Rubén Vázquez-Viust held before U.S. Magistrate Judge Camille L. Vélez-Rivé on October 16, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment. Pursuant to Fed. R. Crim. P. 11(c)(3)(A), the Court defers its decision on whether to accept the parties' Rule 11(c)(1)(C) plea agreement until it reviews the Pre-Sentence Report.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 16, 2012. The **sentencing hearing is set for January 29, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 28, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge